IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
NOV 0 9 2009
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-CR- 151 |
| | ) | JUDGE |
| DAVID ALLEN SCOTT | ) | Phillips/Guyton |

## INFORMATION

### COUNT 1

The United States Attorney charges that on or about April 5, 2009, in the Eastern District of Tennessee, the defendant, DAVID ALLEN SCOTT, knowingly used, persuaded, induced, enticed, and coerced a minor female who was, during said period, 3 years of age, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals and pubic area, as defined in Title 18, United States Code, Section 2256, for the purpose of producing visual depictions of such conduct; and that said visual depictions were produced by using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a).

### FORFEITURE ALLEGATIONS

(18 U.S.C. § 2253(a))

Count One of this Information is incorporated herein for the purpose of alleging forfeiture. As a result of DAVID ALLEN SCOTT's unlawful production of child pornography, as set forth above, and upon his conviction of the same, the defendant, DAVID ALLEN SCOTT, shall forfeit to the United States any interest he may have in any and all contraband child pornography, and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses cited herein, or any property traceable to such property, including but not limited to the following items:

a. Dell laptop computer, Model: PP29L9L, Serial Number:4HGK1G1
b. Toshiba laptop computer, Model: Satellite 1415-S173, Serial Number: 23058620P
c. eMachines laptop computer, Model: M6811, Serial Number: RH38924101469
d. Toshiba laptop computer, Model: Tecra PT810U, Serial Number: has been removed
e. Compaq laptop computer, Model: Presario M2000, Serial Number: CNF-5270TZ3
f. SanDisk Ultra II Compact Flash card Size: 1.0 GB, Serial Number: BB061104722B
g. SanDisk Ultra II Compact Flash card Size: 1.0 GB, Serial Number: BB060902984B
h. SanDisk Ultra II Compact Flash card Size: 1.0 GB, Serial Number: BB061104722B
i. SanDisk Compact Flash card Size: 128 MB, Serial Number: AK0303RN
j. SanDisk Compact Flash card Size: 256 MB, Serial Number: N/A
k. Compact Case Logic Flash card case
l. Lexar Flash Card reader, Serial Number: 119550
m. Canon SD flash card, Size: 32 MB, Serial Number: SU7KA326803
n. PQI SD flash card, Size 2GB, Serial Number: HP0640376
o. Swissgear Laptop case, Serial Number: N/A
p. Verbatim USB drive, Size: 2GB, Serial Number: 6435JG001086S241S3
q. ADATA USB drive, Size: Unknown, Serial Number: FMB7B0467
r. Toshiba USB drive, Size: 4GB, Serial Number: 0852BA0291J2GMG
s. LG USB drive, Size: 1GB, Serial Number: E-D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(B)
t. TechSolutions USB drive, Size: 1GB, Serial Number: none
u. Abbott USB drive, Size: 16MB, Serial Number: UPO16AA658
v. Blackberry brand cellphone, Model# 8330 Serial Number: 07616659949
w. Blackberry brand cellphone, Model# 8330 Serial Number: 07603766720

Title 18, United States Code, Section 2253(a)

> JAMES R. DEDRICK
> UNITED STATES ATTORNEY
>
> By: *[signature]*
> CHARLES E. ATCHLEY, JR.
> ASSISTANT UNITED STATES ATTORNEY

2

# CRIMINAL CASE COVER SHEET  U.S. ATTORNEY'S OFFICE

**Place of Offense:**

**City:** _____

**County/Parish:** Knox

**Defendant Information:**

**Juvenile** _____ Yes  X  No        **Matter to be Sealed:** _____ Yes  X  No

**Defendant Name:** David Allen Scott

**U.S.C. Citations:** 18 U.S.C. § 2251(a), and Forfeiture Allegations

**Total # of Counts:** 1        _____ Petty     _____ Misdemeanor     X  Felony

| | Index Key/Code (To be Completed by Court Clerk) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | | sexual exploitation of children | 1 |
| Set 2 | | | |
| Set 3 | | | |

Criminal Complaint Filed _____ Yes  X  No

For Informations, name of defendant's attorney:

Robert R. Kurtz

Date: 11/9/2009        Signature of AUSA: *[signature]*